MILTON C. WRIGHT et al., Respondents, *v.* GEORGE BROOKS, Appellant, and SECOND NATIONAL BANK OF COOPERSTOWN et al., Respondents.

*Wright* v. *Brooks,* 116 App. Div. 921, affirmed.
(Argued February 21, 1908; decided March 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

December 18, 1906, affirming a judgment in favor of plaintiffs, as against the defendant, appellant, entered upon a decision of the court on trial at Special Term in an action to recover moneys alleged to have been obtained by fraud.

*A. R. Gibbs* for appellant.

*Lynn J. Arnold* for plaintiffs, respondents.

*James W. Barnum* for defendants, respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.